# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA



FILED
APR 12 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ CLERK

UNITED STATES OF AMERICA )
v. ) CR. No. S-06-0118 WBS
)
CANDICE MONIQUE BAKER )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (x) Ad Prosequendum     ( ) Ad Testificandum.

Name of Detainee:    CANDICE MONIQUE BAKER

Detained at (custodian):    Valley State Prison for Women

Detainee is:   a.)   (x) charged in this district by:
            (X) Indictment     ( ) Information     (x) Complaint
            Charging Detainee With:   18 U.S.C. § 1029(a)

  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings

  or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
is             currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Ellen V. Endrizzi
Printed Name & Phone No: Ellen V. Endrizzi (916) 554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the **United States Marshal's Service** for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

4/12/06
Date                                           United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male | Female X |
| Booking or CDC #: | CDC X17210 | DOB: | |
| Facility Address: | Valley State Prison For Women | Race: | |
| | 21633 Avenue 24, Chowchilla, CA 93610 | FBI #: | |
| Facility Phone: | 559-665-6100 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                                                        (Signature)