```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd  Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    CANDICE MONIQUE BAKER
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-06-0118 WBS
                                 )
13                  Plaintiff,   )
                                 ) STIPULATION AND ORDER
14       v.                      ) CONTINUING STATUS CONFERENCE
                                 )
15  CANDICE MONIQUE BAKER        )
                                 ) Date:  September 6, 2006
16                  Defendant.   ) Time:  9:00 a.m.
                                 ) Judge: Hon. William B. Shubb
17  _____ )
```

18      It is hereby stipulated between the parties, Ellen Endrizzi,
19 Assistant United States Attorney, attorney for plaintiff, and Mary M.
20 French, attorney for defendant, that the Status Conference hearing date
21 of July 19, 2006, is vacated and a new Status Conference hearing date
22 of September 6, 2006 at 9:00 a.m. is hereby set.

23      This continuance is requested because counsel for defendant is
24 still in the process of on-going investigation, including requesting
25 and reviewing defendant's criminal history records, conducting
26 interviews, and researching guideline issues and other matters relevant
27 to this case.

28      It is further stipulated that the period from July 19, 2006,

1  through and including September 6, 2006, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.
4  Dated: July 13, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
CANDICE MONIQUE BAKER

Dated: July 13, 2006                    MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Mary M. French for
                                             Ellen Endrizzi
                                        _____
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney
                                        per telephonic authorization

**ORDER**

**IT IS SO ORDERED**.

Dated:  July 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                            2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order                                3