```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    CANDICE MONIQUE BAKER
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-06-0118 WBS
                                 )
13              Plaintiff,       )
                                 ) STIPULATION AND ORDER
14      v.                       ) CONTINUING STATUS CONFERENCE
                                 )
15  CANDICE MONIQUE BAKER        )
                                 ) Date: October 4, 2006
16              Defendant.       ) Time: 9:00 a.m.
                                 ) Judge: Hon. William B. Shubb
17  _____)
```

18      It is hereby stipulated between the parties, Ellen Endrizzi,
19  Assistant United States Attorney, attorney for plaintiff, and Mary M.
20  French, attorney for defendant, that the Status Conference hearing date
21  of September 6, 2006, is vacated and a new Status Conference hearing
22  date of October 4, 2006, at 9:00 a.m. is hereby set.

23      This continuance is requested because counsel for defendant is
24  still in the process of on-going investigation, including requesting
25  and reviewing defendant's criminal history records, conducting
26  interviews, and researching guideline issues and other matters relevant
27  to this case.

28      It is further stipulated that the period from September 6, 2006,

1 through and including October 4, 2006, should be excluded pursuant to
2 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3 counsel and defense preparation.
4 Dated: September 5, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
CANDICE MONIQUE BAKER

Dated: September 5, 2006        MCGREGOR W. SCOTT
                                United States Attorney

                                /s/  Mary M. French for
                                     Ellen Endrizzi
                                _____
                                ELLEN ENDRIZZI
                                Assistant U.S. Attorney
                                per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 5, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order                                3