```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    CANDICE MONIQUE BAKER
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-0118 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| CANDICE MONIQUE BAKER | ) |
| | ) Date: October 25, 2006 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of October 4, 2006, is vacated and a new Status Conference hearing date of October 25, 2006, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's criminal history records, conducting interviews, and researching guideline issues and other matters relevant to this case.

It is further stipulated that the period from October 4, 2006,

1 through and including October 25, 2006, should be excluded pursuant to
2 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3 counsel and defense preparation.
4 Dated: October 2, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
CANDICE MONIQUE BAKER

Dated: October 2, 2006        MCGREGOR W. SCOTT
                              United States Attorney

/s/  Mary M. French for
     Ellen Endrizzi
_____
ELLEN ENDRIZZI
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  October 2, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                           2