```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    CANDICE MONIQUE BAKER
 7

 8
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-0118 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| CANDICE MONIQUE BAKER | ) |
| | ) Date: November 29, 2006 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of October 25, 2006, is vacated and a new Status Conference hearing date of November 29, 2006, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's criminal history records, conducting interviews, and researching guideline issues and other matters relevant to this case.

It is further stipulated that the period from October 25, 2006,

1  through and including November 29, 2006, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.
4  Dated: October 20, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
CANDICE MONIQUE BAKER

Dated: October 20, 2006          MCGREGOR W. SCOTT
                                 United States Attorney

                                 /s/  Mary M. French for
                                      Ellen Endrizzi
                                 _____
                                 ELLEN ENDRIZZI
                                 Assistant U.S. Attorney
                                 per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  October 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28