DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANDICE MONIQUE BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-0118 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| CANDICE MONIQUE BAKER | |
| Defendant. | Date: December 20, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of November 29, 2006, is vacated and a new Status Conference hearing date of December 20, 2006, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's criminal history records, conducting interviews, and researching guideline issues and other matters relevant to this case.

It is further stipulated that the period from November 29, 2006,

through and including December 20, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: November 27, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        CANDICE MONIQUE BAKER

Dated: November 27, 2006        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Mary M. French for
                                              Ellen Endrizzi
                                        _____
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney
                                        per telephonic authorization

                                            **ORDER**

**IT IS SO ORDERED.**

Dated:  November 29, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE