FILED
January 26, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CANDICE MONIQUE BAKER, )<br>)<br>Defendant. ) | Case No. 2:06CR00118-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __CANDICE MONIQUE BAKER__ , Case No. __2:06CR00118-WBS__ , Charge __PRETRIAL RELEASE VIOLATION__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        __ (Other)     __Pretrial Services Respectfully recommends the defendant be released on $25,000. unsecured bond with pretrial services Supervision and special conditions. In addition, Pretrial Services is recommending the Court order the U.S. Marhsals to release the defendant to the custody of Pretrial Services on Monday January 29, 2007 @ 8:320 a.m.__

Issued at  Sacramento, CA  on  January 26, 2007  at  2:05 pm  .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court