DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANDICE MONIQUE BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-S-06-0118 WBS |
| Plaintiff,   ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v.   ) | |
| CANDICE MONIQUE BAKER   ) | Date:  March 12, 2007 |
| Defendant.   ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of February 5, 2007, is vacated and a new Status Conference hearing date of March 12, 2007, at 8:30 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's criminal history records, conducting interviews, and researching guideline issues and other matters relevant to this case.  In addition, the parties are discussing a possible resolution of the case.

1    It is further stipulated that the period from February 5, 2007,
2 through and including March 12, 2007, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.
5 Dated: February 1, 2007

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        CANDICE MONIQUE BAKER


Dated: February 1, 2007                 MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/  Mary M. French for
                                             Ellen Endrizzi
                                        _____
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney
                                        per telephonic authorization
```

**ORDER**

**IT IS SO ORDERED.**

Dated:  February 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2