FILED
February 7, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06CR00118-WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CANDICE MONIQUE BAKER, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CANDICE MONIQUE BAKER , Case No. 2:06CR00118-WBS , Charge  Pretrial Release Violation , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $___

    ✔ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial Services Respectfully recommends the defendant be released on $25,000.00 unsecured bond with Pretrial Supervision and special conditions as previously stated on the record. In addition, Pretrial services is recommending the Court order the U.S. Marshals to release the defendant to the custody of Pretrial Services on Thursday, February 8, 2007 @ 8:30 am.

Issued at <u>Sacramento, CA</u> on <u>February 7, 2007</u> at <u>4:27 pm</u>.

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court