DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANDICE MONIQUE BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0118 WBS |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| CANDICE MONIQUE BAKER | ) ) | Date: April 30, 2007 |
| Defendant. | ) ) | Time: 8:30 a.m. Judge: Hon. William B. Shubb |
| _____ | ) | |

    It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of March 12, 2007, is vacated and a new Status Conference hearing date of April 30, 2007, at 8:30 a.m. is hereby set.

    This continuance is requested because counsel for defendant is still in the process of on-going investigation, including working on a calculation of Ms. Baker's criminal history, and other matters relevant to this case. In addition, the parties are discussing a possible resolution of the case, and Ms. Baker is currently in a residential drug treatment facility.

1    It is further stipulated that the period from March 12, 2007, through and including April 30, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 8, 2007

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Mary M. French
                                          _____
                                          MARY M. FRENCH
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          CANDICE MONIQUE BAKER

Dated: March 8, 2007                   MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/  Mary M. French for
                                              Ellen Endrizzi
                                          _____
                                          ELLEN ENDRIZZI
                                          Assistant U.S. Attorney
                                          per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                      2