DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANDICE MONIQUE BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0118 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| CANDICE MONIQUE BAKER | ) | |
| | ) | Date:  June 4, 2007 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of April 30, 2007, is vacated and a new Status Conference hearing date of June 4, 2007, at 8:30 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including working on a calculation of Ms. Baker's criminal history, and other matters relevant to this case.  In addition, the parties are discussing a possible resolution of the case, and Ms. Baker is still completing a residential drug treatment program.

It is further stipulated that the period from April 30, 2007, through and including June 4, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 25, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
CANDICE MONIQUE BAKER

Dated: April 25, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
     Ellen Endrizzi
_____
ELLEN ENDRIZZI
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  April 27, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                                2