```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CANDICE MONIQUE BAKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0118 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| CANDICE MONIQUE BAKER | ) | |
| | ) | Date:  June 25, 2007 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

    It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of June 4, 2007, is vacated and a new Status Conference hearing date of June 25, 2007, at 8:30 a.m. is hereby set.

    This continuance is requested because counsel for defendant is still in the process of on-going investigation, including working on a calculation of Ms. Baker's criminal history, and other matters relevant to this case.  In addition, the parties are discussing a possible resolution of the case.

    It is further stipulated that the period from June 4, 2007,

through and including June 25, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 31, 2007

                                                Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
CANDICE MONIQUE BAKER

Dated: May 31, 2007                MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
     Ellen Endrizzi
_____
ELLEN ENDRIZZI
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 1, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                         2