DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANDICE MONIQUE BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-0118 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| CANDICE MONIQUE BAKER | |
| Defendant. | Date:  July 2, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of June 25, 2007, is vacated and a new Status Conference hearing date of July 2, 2007, at 8:30 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including working on a calculation of Ms. Baker's criminal history, and other matters relevant to this case.  In addition, the parties are discussing a possible resolution of the case.

It is further stipulated that the period from June 25, 2007,

1  through and including July 2, 2007, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.
4  Dated: June 22, 2007

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Mary M. French
                                            _____
                                            MARY M. FRENCH
                                            Supervising Assistant
                                            Federal Defender
                                            Attorney for Defendant
                                            CANDICE MONIQUE BAKER

Dated: June 22, 2007                  MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/  Mary M. French for
                                                 Ellen Endrizzi
                                            _____
                                            ELLEN ENDRIZZI
                                            Assistant U.S. Attorney
                                            per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                          2