UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

The United States
   -vs-
Candice Monique Baker                    **Docket No. 2:06-CR-0118 WBS**

**COMES NOW** Steven J. Sheehan, U.S. Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Candice Monique Baker, who was placed on a $25,000 unsecured bond by the Honorable Gregory G. Hollows, sitting in the Court at Sacramento, California, on the 26th day of January 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**BOND CONDITIONS:** Please see attached.

**OFFENSE:** 18 USC 1029(a)(2),(b)(1) - Attempted Access Device Fraud; defendant is scheduled to be sentenced on January 22, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Kroll Laboratories reported that Ms. Baker tested positive for methamphetamine on December 5, 2007. Ms. Baker failed to report in person to the Pretrial Services office on December 14, 2007. Ms. Baker has not provided Pretrial Services with proof of employment and schooling since it was formally requested by the undersigned in early December 2007. Furthermore, Pretrial Services has been unsuccessful in verifying the defendant's residence with her grandmother in Stockton, California.

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing be calendered at 2:00 p.m. on Monday, January 14, 2008, to address the alleged violations contained in this petition. All parties are available to appear before the Court on the proposed date and time.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.
**TELEPHONE NUMBER:** On file with Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct.

                                        Respectfully submitted,

                                        /s/ Steven J. Sheehan

                                        Steven J. Sheehan
                                        Pretrial Services Officer
                                        DATE: January 15, 2008

**ORDER**

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $____.

____ The Court orders a summons be issued with an appearance date of _____.

XX    The Court hereby orders this matter placed on this court's calendar on January 14, 2008, at 2:00 p.m. and orders

the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

                                                      Considered and ordered this 15th day of January, 2008, and ordered filed and made a part of the records in the above case.

                                                      /s/ Gregory G. Hollows
                                                       U.S. Magistrate Judge

baker118.ord

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall participate in the substance abuse treatment program at The Effort, Inc., inpatient facility, and you shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the Pretrial Services Officer;
   a. Defense counsel or an investigator shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing;

4. You are released to the third party custody of your grandmother, Alice Evans, upon successful completion of The Effort Residential Program and you shall reside at her residence and not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

5. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services Officer.

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications. However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer;

9. Upon completion of the residential program, you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer;

10. You shall seek and/or maintain employment and provide verification monthly to Pretrial Services as directed upon successfully completing the residential treatment program.

11. If you fail to complete the Effort Residential Program successfully, you shall be financially responsible for all the costs of the program.